No. 02–1239.  UBEROI v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. D. C. Cir.  Certiorari denied.

No. 02–1243.  BURKETT v. GOODWIN ET AL.  Ct. App. Tex., 3d Dist.  Certiorari denied.

No. 02–1248.  GARNER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–1249.  HERRERA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–1264.  BOSCH v. CRESTAR BANK, AND ITS SUCCESSOR IN INTEREST, FLEET BANK, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 02–6336.  FIERRO v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 02–6526.  COOEY v. COYLE, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 02–7467.  LORRAINE v. COYLE, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 02–7650.  STANFORD v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 02–8060.  BAPTISTE ET AL. v. UNITED STATES;
No. 02–8117.  SCHEXNAYDER v. UNITED STATES;
No. 02–8213.  FRANK v. UNITED STATES; and
No. 02–8825.  McCOY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–8150.  JONES v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–8205.  LOZANO SANCHEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–8206.  FORTENBERRY v. HALEY, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.